– Particularized portion –

Sundari K. Prasad
Inmate #39833
Hampton Roads Regional Jail
PO Box 7609
Portsmouth, VA 23701

– FACTS –
(Document form)

My -facts- are actually Exhibits and Evidence.
I personally find this easier, but it may be confusing.
It is difficult for me to express exactly everything
I went through in points successfully. thus, there are
letters & documents after this that illustrate what
happened as I stated in my complaint.

To accurately argue this, I may need assistance of
an attorney due to disability as I can be quite verbose!

Thanks!

facts
  • show causes- never acted upon
Police reports:
        201509010136 * (has dis report)
        201511260092
        201510120170
        201511220053* (has labs)
        201510232032
        201512270037
        201511080141
  • labs showing bleach poisoning mentioned in
        201511220053*
  • dis report showing scab from crack pipe burns
        from Hendrix
  • J.16CV898 Chesterfield village apts complaint
  • Soprist letter (child prsnt sent answer) 3/17
  • Griffin psych eval (passing nr° 10-96)
  • Pappadele psych eval (passing nr "10-96")
  • Protective order ignored
  • Credit card theft not mnsneral Hendrix decir
  • Judge M.H. Laud's recusal- She cannot
        preside over cases due to 3.17cv6896
  • Case 3.17cv6896 Bivens this included
        in
  • Civil negligence case appeal cc15·3024

**V I R G I N I A:**

**IN THE JUVENILE AND DOMESTIC COURT OF THE COUNTY OF CHESTERFIELD**

SUNDARI K PRASAD,

       **Plaintiff,**

v.                                 **CASE NUMBER: JJ086189**

HAMILTON L HENDRIX,         **Re: Sheamus David A. Nelson-Prasad II**

       **Defendant**

## PROTECTIVE ORDER

    **CAME THIS DAY** the Plaintiff, by Counsel, and moved for a Protective Order for medical records and information that has or may be received on Sundari K. Prasad/ Aurealia N. Nelson. This is to include physical health, mental health and substance abuse treatment, etc.

    **UPON CONSIDERATION WHEREOF**, and deeming it appropriate so to do, it is hereby ORDERED that all such information shall be kept confidential and not published nor disclosed directly or indirectly by the Defendant to include social media; email; photocopy; spoken or written form (including text, etc), nor may any allusions be made regarding any medical records of Plaintiff. This is to include his counsel, their staff, and their agents and any experts except for use in this case. All such persons having access to this information shall be advised of their confidential nature and this Court's Protective Order.

    A.     Any information or documents so designated shall be used only in the above stated case, and shall be restricted solely to the following persons.

          1     The parties and the attorneys of record for the parties and persons directly employed by the attorneys of record in this case, for the

specific and sole purpose of assisting said attorneys in this case. Such individuals shall be bound by the terms of this Order.   This subparagraph does not include attorneys or law firms with whom or with which the attorneys of record in this case may have an affiliation for purposes other than this case. Discovery material may not be disclosed other than to the party it was addressed by any modes of dissemination whatsoever (including electronic or copied);

2      Experts and consultants retained by the attorneys in this case, specifically for this case, provided that each such expert and consultant shall first execute a copy of **Exhibit A,** attached hereto, and provide a copy of the executed **Exhibit A** to the producing party;

3      The Court, Court personnel and staff, and stenographers and videographers at any deposition or Court proceeding;

4      The authors, addresses, originators, or producing party of the protected information.

B.   All protected information and other documents referring in whole or in part to the protected information and the information contained therein, shall be maintained in the strictest confidence by all counsel and persons to whom disclosure is made pursuant to section A of this Order, and shall be used only for purposes of this suit, and

08/17/201  5:33 AM      18045972227      → 18047176043
Receiver            LPD&Q          Fax: 804-545-9400      Aug 13 207  1:29pm      Aug 13 2015 04:53pm P004/007

shall not be disclosed to anyone other than the persons and in the manner described in section A herein.

C.    Unless there is mutual agreement to the contrary, on final termination of this action, each person or entity under Paragraph A (2) subject to the terms hereof shall return to the producing party, Counsel for Respondent or GAL <u>all</u> materials and documents containing protected information, summaries, and abstracts thereof, and <u>all</u> other materials, memoranda or documents embodying data concerning said material.

D.    Counsel for parties agree to securely store all documents related to this order until the minor child turns 18, at which time all documents are to be destroyed.

Enter: 8/17/15

_____
Judge

I ask for this:

_____
L. Wendell Allen, PLLC #43413
4906 Fitzhugh Avenue, Suite 200
Richmond, Virginia    23230
Telephone:    (804)    358-0368
Facsimile:    (804)    353-1863
*Counsel for Plaintiff*

I ask for this:

_____
Richard Locke, Esq.,
4928 W. Broad Street,
Richmond, Virginia 23230.
Facsimile: (804) 545-9400

08/17/2015 5:33 AM          18045972227        → 18047176043                              ① 5
                         Received            LPD&Q          Fax:804-545-9400   Aug 13 20   1:29pm   Aug 13 2015 04:53pm   P005/007

*Counsel for Defendant*

I ask for this:

Stephen R. Bloomquest, Esq
5913 Harbour Park Dr
Midlothian, VA 23112
Facsimile: (888) 780-5945
*Guardian Ad Litem*

**EXHIBIT A**

## CERTIFICATE OF COMPLIANCE

Protected information, in whole or in part, and the information contained therein which has been produced by the parties to this action pursuant to the attached Protective Order has been disclosed to me, and by signing this Certificate of Compliance, I acknowledge and agree that I have read, understand, and am subject to the provisions of the Protective Order and will not disclose nor re-disclose or allude such protected information in whole or in part or in any form( photocopied, social media, spoken, written, texted or emailed) or the information contained therein to any person, corporation, partnership, firm, governmental agency or association other than those listed in paragraph A of the Protective Order.

Date _____

Signature _____

Name (print) _____

NEVER RECIEVED
CR16-1184 OR ANY
CASE AS I AM PRO-SE

08/17/2015 5:33 AM          18045972227                    18047176043                                                                    D 7
                              Receive                LPDXU          Fax:804-545-9400     1:29pm     Aug 13 2015 04:53pm P007/007

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Protective order to be sent via fax and via First-Class, U.S. Mail, postage prepaid, this ___ day of August, 2015 to:

Richard Locke, Esq.,
4928 W. Broad Street,
Richmond, Virginia 23230.
(804) 545-9400

Stephen R. Bloomquest, Esq. (GAL)
5913 Harbour Park Dr
Midlothian, VA 23112
(888) 780-5945

L. Wendell Allen, Esq.

RECEIVED AND FILED
2015 AUG 17 AM 8 47
CLERKS OFFICE
J & DR DISTRICT COURT
CHESTERFIELD COUNTY



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201509010136**
**Case Status: Inactive**

Page 1 of 4
12/09/2015
15:01

## Incident Information
**Completed   Miscellaneous-Police·Information**

**Residential**
7601 Belasco Drive  Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

| | | |
|---|---|---|
| Time of occurrence: | **01/01/2015  00:01:00** | **Thursday** |
| | **08/30/2015  23:59:00** | **Sunday** |
| Answer: | 01/01/1900 00:00:00 | |
| Receive: | 09/01/2015 13:39:19 | |
| Dispatch: | 09/01/2015 13:49:25 | |
| Arrive: | 09/01/2015 13:56:54 | |
| Reported: | 09/01/2015 18:31:33 | |

Investigations Review Completed   - Last Reviewed on 09/02/2015 11:08:02
Uniform Operations Review Completed   - Last Reviewed on 09/05/2015 13:12:24
Crime Analysts Review Not Complete

## Primary Detectives
1.(647)Asira  Usubalieva

## Assignments
1.  (647)Usubalieva, Asira   - Primary detective
    assigned by (109) Conner, Bradford E on 09/02/2015

## Incident People
1.  **VICTIM**
    Sheamus  Prasad
    home address:  7601 Belasco Drive  North chesterfield, VA 23225
    Juvenile   White   Male
    Age at Time of Incident: 0  ;  DOB: 12/24/2014 ;  SS#
    Demographic Descriptions
    1.  attends na  ;  Virginia driver's license

2.  **MISCELLANEOUS**
    Hamilton  Hendrix
    home address:  27 Towler Drive # A Unit A Hampton , VA 23666
    cellular phone:757-727-3262
    Adult   White   Male
    Age at Time of Incident: 37  ;  DOB: 06/22/1977  ;  SS#
    Contributor number: 126288  ;  SID number: VA1102966K  ;  FBI number: 217214EBO
    Demographic Descriptions
    1.  lives in Hampton  ;  employed by Warwick Construction  ;  Virginia driver's license

3.  **COMPLAINANT**
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    cellular phone:804-481-2207
    Adult   Black   Female
    Age at Time of Incident: 41  ;  DOB: 06/27/1973  ;  Place of Birth: Richmond City, Virginia  ;  SS#
    Contributor number: 089559  ; SID number: VA1276388K  ; FBI number: 364968MB3



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201509010136**
**Case Status: Inactive**

Demographic Descriptions
1.  employed by Window Allen Law Firm ;  Virginia driver's license

## Offenses
1.  Completed  Miscellaneous-Police Information

Type  of  Premises:  Residence/Home
VICTIM:  Sheamus  Prasad

## Relationships
1.  Sundari Karma Prasad , mother of Sheamus  Prasad
2.  Hamilton  Hendrix , father of Sheamus  Prasad

## Personnel
1.  (647)  Asira  Usubalieva    (Chesterfield)  - Primary officer   - first on scene
2.  (109)  Bradford E Conner   (Chesterfield)  - Reviewing supervisor
3.  (683)  Ken J Danaher  - Assisting officer

## Property
1.  Evidence -   Articles  - Documents-personal&business ie:certificates,personal files,etc
    Quantity: 1   Value: $ .00
    Documents
    Property Remarks:
     (22pgs) print outs of text/email messages

2.  Evidence -   Articles  - Photo Printed
    Quantity: 1   Value: $ .00
    Pictures/Paintings
    Property Remarks:
     picture print-out

## Property Summary

| Action | Quantity | Value |
|---|---|---|
| Evidence: | 2 | $ 0.00 |
| Total | 2 | $ 0.00 |

## Narratives
1.  Initial narrative  on 09/01/2015   at 18:42

Officer Usubalieva, Unit 647

I was dispatched to 7601 Belasco Drive to investigate child abuse case and spoke to
the complainant, Sundari Prasad, and was advised that her former boyfriend (the
father of her child) might be abusing their son, Sheamus Prasad. She stated that they
have joint custody at this time and she is working on getting sole custody of the
child. Sundari attempted to make a report online and was advised to call PD and have
an officer to respond to her location in person to take a report. She also advised
CPS of the situation and Hampton PD where her former boyfriend, Hamilton Hendrix,
lives. She explained that Hamilton was a drug user and was known to deal drugs, so



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201509010136**
**Case Status: Inactive**

she feared for the safety of their child. She also stated that Sheamus was allergic to apples and Hamilton knowingly fed him apples and even told her about that. Hamilton sent her a picture that she found to be inappropriate which showed their child in bath and fully naked. Sundari stated that there was another picture of her son chewing on a straw or a glow stick and she found that to be unsafe.

When I asked her what she wanted to do with the situation she stated that she is planning on getting full custody of the child and wants to file a report as a record of what happened. She also stated that she will have her son tomorrow and will e-mail me if she gets any more inappropriate pictures from Hamilton. I looked over the pictures and did not find anything inappropriate about them. It appeared to be a friendly exchange between two parents and many pictures of their child, I did not find any threats, inappropriate comments, or name callings. The child appeared to be well cared for in all of the pictures I saw and I found nothing wrong with them. I will make copies of the pictures and text messages and will submit the originals to records. I handed the complainant my business card with the incident number and advised her to forward it to her lawyer and say that an official report was filed regarding the situation. NFD

2.  Supplement   on 09/03/2015

Corporal Danaher Unit 683

Ms. Prasad called central desk at 0610 hours to report that her son, Sheamus Prasad, came home yesterday and had what appeared to a small burn on the side of his head. She said that it was not necessary to seek medical attention.

Ms. Prasad said she just wanted to update the report.

NFD.

3.  Supplement   on 09/03/2015   at 19:43

Officer Usuabelieva/U647

The complainant has not contacted me regarding the incident and has not sent me any additional pictures or e-mail/text message exchange. I have submitted the packet with text message and e-mail exchange between the parties. NFD

4.  Supplement   on 09/07/2015   at 18:32

Ofc Usubalieva/ Unit 647

I contacted the complainant and explained that the actual crime did not occur in Chesterfield and that she needs to seek charges with Hampton PD. I sent her an e-mail and then shortly gave her a call and she stated that she understood and will handle it with Hampton PD and CPS. I also submitted a print out of a picture that she e-mailed me stating that there was a new scab on her child's forehead that appeared to be a burn. I ask that this case close since she will no longer follow up with Chesterfield PD and will seek help from Hampton PD instead. NFD

## Jahnke Road - Chippenham Pediatrics and Adolescent Medicine

7023 Old Jahnke Road
Richmond, VA 23225
Phone: (804) 320-1353
Fax: (804) 320-6636

Sheamus Nelson Prasad

Date of Encounter: 09/04/2015 08:16

AM                                    ID: 177780                    DOB: 12/24/2014 (17 months)

## History of Present Illness          Sarah Kirchner 09/04/2015 08:33 AM

Patient words: Chief Complaint: possible burn on face

The patient is a 8 month old male who presents with a complaint of skin problems. The skin problems have been occurring for days. The course has been constant. The spots were first seen on the face. Note for "Skin problems":

dad lives in Hampton, mom and dad are involved in a custody battle, per mom "every time he comes home" there is something wrong with him, arrived home on 9/2/15, has a spot on his forehead that his paternal grandmother says came from bumping his head but mom thinks is a burn, she has opened a police case and CPS case and is coming to us because they have told her that we need to make our own report to them and start a new case

Patient Accompanied By: Mom/Sundari

## History          Sarah Kirchner 09/04/2015 08:33 AM

### Allergy
No Known Drug Allergies (12/31/2014)

### Medications
No Current Medications - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

### Family
Bipolar Disorder : Mother

## Review of Systems          Sarah Kirchner 09/04/2015 08:33 AM

General: Present- Feeling well, normal activity and normal urine output. Not Present- Fever and Medication Changes.
Skin: Note: possible burn
HEENT: Not Present- eye discharge, Ear Pain, Nasal Congestion, Rhinitis and Sore Throat.
Respiratory: Not Present- Cough, Difficulty Breathing, Snoring, Wheezing and apnea.
Cardiovascular: Not Present- Shortness of Breath.
Gastrointestinal: Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.
Hematology: Not Present- Easy Bruising.

## Vital Signs

| | | | | Note: - |
|---|---|---|---|---|
| **Date:** | 09/04/2015 08:18 AM | **Height:** | | |
| **Temperature:** | 99.7 °F | **Weight:** | 18 lb, 2 oz | |
| **Pulse:** | | **Waist:** | | |
| **Respirations:** | | **BMI:** | - | |
| **Peak Flow:** | | **BSA:** | - | |
| **Blood Pressure:** | | | | |
| **Reading Type:** | Manual | | | |

## Physical Exam    Sarah Kirchner, 09/04/2015 08:35 AM

### General
**Mental Status** - Alert. **General Appearance** - interactive. Not in acute distress. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture. **Hydration** - Well hydrated.

### Integumentary
**General Characteristics:** Overall examination of the patient's skin reveals  - Note: near hairline, at approximately midpoint on the forehead is a scab approximately 1 mm long and to thin to measure, there is no redness, swelling or inflammation around it, the skin appears to be intact up the edge of the scab

### HEENT
#### Ear
**Tympanic Membrane - Left** - Normal. **Right** - Normal.
#### Eye
**Sclera/Conjunctiva - Left** - Normal. **Right** - Normal.
#### Nose & Sinuses
**Nasal Mucosa - Bilateral** - Normal.
#### Mouth & Throat
**Oropharynx: Oral Mucosa** - Normal: pink and moist without evidence of ulceration, inflammation or drainage.

### Chest and Lung Exam
Chest and lung exam reveals  - normal excursion with symmetric chest walls, quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

### Cardiovascular
Cardiovascular examination reveals  - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - soft, non distended, Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

## Assessments & Plans    Sarah Kirchner, 09/04/2015 08:39 AM

Scab (R23.4)

  **Additional Instructions**
  FOLLOW-UP AS NEEDED

*Assessment/Plan Note: I explained to mom that my understanding of the proper procedure is that since she has already*

made a complaint to the police and CPS that I do not need to contact them. I encouraged mom to tell the CPS worker that if he/she wants to speak directly to me they can contact me here till 5:00 today (the visit occurred as my first visit of the day).

I explained to mom that since I am seeing the patient 2 days after he returned to mom's house and I don't know exactly when the injury occurred I can only state that there is a scab on his forehead but I can't speculate as to how it got there. In general my index of suspicion for non-accidental trauma is low given the developmental stage he is at (very mobile and exploring his world) and the location (forehead).

The encounter was completed by Sarah Kirchner





**Chesterfield County Police**
**Incident Full Report**
**Incident Number 201511260092**
**Case Status: Exceptionally Cleared**

Page 1 of 4
12/09/2015
14:58

## Incident Information
Completed  Assault-Simple-Domestic

**Residential**
7601 Belasco Drive Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

| Time of occurrence: | 11/26/2015 | 12:25:00 | Thursday |
|---|---|---|---|
| | 11/26/2015 | 12:29:00 | Thursday |
| Answer: | 11/26/2015 | 12:26:40 | |
| Receive: | 11/26/2015 | 12:29:56 | |
| Dispatch: | 11/26/2015 | 12:31:32 | |
| Arrive: | 11/26/2015 | 12:34:43 | |
| Reported: | 11/26/2015 | 18:00:18 | |

Investigations Review Completed  - Last Reviewed on 11/27/2015 06:39:59
Uniform Operations Review Completed  - Last Reviewed on 11/30/2015 17:51:50
Crime Analysts Review Not Complete

## Primary Detectives
1.(654)Kyle A Kirby

## Assignments
1.  (654)Kirby, Kyle A   - Primary detective
    assigned by (118) Ring, Christopher J on 11/26/2015

## Incident People
1.  VICTIM /LEAD / OFFENDER /COMPLAINANT
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    may be reached at 804-481-2207
    Adult   Black  Female
    Age at Time of Incident: 42  ; DOB: 06/27/1973 ; Place of Birth: Richmond City, Virginia  ; SS#
    Contributor number: 089559 ; SID number: VA1276388K ; FBI number: 364968MB3
    Demographic Descriptions
    1.  unemployed  ; Virginia driver's license # B69828135

2.  VICTIM /LEAD / OFFENDER
    Carolyn Diana Nelson
    home address:  12020 Bellaverde Circle North chesterfield, VA 23235
    cellular phone:804-335-7338
    Adult   Black  Female
    Age at Time of Incident: 72  ; DOB: 09/17/1943 ; SS#
    Demographic Descriptions
    1.  employed by retired  ; Virginia driver's license

3.  VICTIM /LEAD / OFFENDER
    Viviene Cheek
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23235
    cellular phone:804-291-6281
    Adult   Black  Female
    Age at Time of Incident: 75  ; DOB: 06/17/1940 ; SS#



### Chesterfield County Police
### Incident Full Report
### Incident Number  201511260092
### Case Status: Exceptionally Cleared

<u>Demographic Descriptions</u>
1.  employed by Retired  ;  Virginia driver's license

## Offenses
1.  Completed  Assault-Simple-Domestic

<u>Knowledge Base Questions</u>
1.  Were children present at scene? List names & ages.   No
2.  Do victim & suspect have child(ren) in common?   No
3.  Was CPS or APS called? Name of contact.   N/A
4.  Was suspect cohabitating(now or w/12mos)w/victim?   No
5.  If cohabitating, how long?   N/A
6.  Is there a domestic violence history?   Yes
7.  Was victim's written statement obtained?   No
8.  Are there prior dom assault convictions?# vic,#sus   No
9.  Was PD20 given and explained to victim?   Yes
10.  Was victim relocated?   Yes
11.  If relocated, new address and phone.   Nelson&Cheek (Nelson's residence) Prasad (friends)
12.  Was victim transported? Where?   No
13.  Was victim under influence of alcohol or drugs?   No
14.  Was suspect under influence of alcohol or drugs?   No
15.  If protective order denied, list magistrate.   N/A
16.  Was there a protective order on file?   No
17.  Was EPO issued?   No
18.  Was EPO served?   No
19.  Were injuries photographed? Unit # and # pictures   No
20.  Was property damage photographed? Unit# and # pict   No
21.  Does the offender have access to a firearm?   No
22.  Does the offender have a concealed weapon permit?   No
23.  Is the suspect reserve/active military?   No
24.  Child Advocacy Center referral required? (Yes/No)
25.  Was Child Advocacy Center referral sent? (Yes/No)
26.  Is this a CPS referral? (Yes/No) Referral Number

Type of Premises: Residence/Home
LEAD: Carolyn Diana Nelson  - suspect identified by witness
LEAD: Sundari Karma Prasad  - suspect identified by witness
VICTIM: Carolyn Diana Nelson  -
VICTIM: Sundari Karma Prasad

2.  Completed  Assault-Simple-With Other Dangerous Weapon

<u>Knowledge Base Questions</u>
1.  Is this domestic related? (yes/no)   Yes

Type of Premises: Residence/Home
LEAD: Viviene Cheek  - suspect identified by witness
LEAD: Sundari Karma Prasad  - suspect identified by witness
VICTIM: Viviene Cheek
VICTIM: Sundari Karma Prasad



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511260092**
**Case Status: Exceptionally Cleared**

## Offenders

1. Carolyn Diana Nelson  ; Black   Female
2. Sundari Karma Prasad  ; Black   Female
3. Viviene  Cheek  ; Black   Female

## Weapons

1. Hands/Feet/Teeth ;  hands

2. Club/Blackjack/Brass Knuckles ;  Cane

## Relationships

1. Carolyn Diana Nelson , mother of Sundari Karma Prasad
2. Viviene  Cheek , other family member of Sundari Karma Prasad
3. Viviene  Cheek , sibling of Carolyn Diana Nelson

## Personnel

1. (654)  Kyle A Kirby      (Chesterfield)  - Primary officer   - first on scene
2. (519)  Adam M Moore     (Chesterfield)  - Assisting officer
3. (118)  Christopher J Ring   (Chesterfield)  - Reviewing supervisor

## Narratives

1. Initial narrative  on 11/26/2015   at 18:14

Ofc. Kirby, Unit 654

On November 26, 2015, at approximately 1229 hours, I responded to 7601 Belasco drive APT F, reference a domestic. Upon my arrival, I made contact with the complainant, Sundari Prasad, and she informed me that her mother, Carolyn Nelson, and her aunt, Viviene Cheek, had attacked her.

Prasad stated that at approximately 1230 hours she had been in an argument with Cheek and Nelson over her child. At this time, Nelson and Cheek attacked her and tried to strangle her and punch her repeatedly. Shortly after this statement Prasad changed her statement and said that only her Aunt, Cheek, had punched her, scratched her, and tried to strangle her. Prasad stated that her mother did not touch her, but she tried to. I observed two small scratches on Prasad's right hand, and one longer scratch on Prasad's forearm. Prasad further explained that she has filed charges against her mother and Aunt before for similar issues. Also, Prasad stated that Nelson has been poisoning her water with bleach for years. Prasad stated her mother has told her that she has been doing it because she should not have a child. Prasad stated that she is upset with PD because they never do anything, nor do they help her over her issues with her son. She stated that she currently has a lawsuit against Chesterfield County over this issue. Prasad requested to speak to a Supervisor. When I explained that I would be more than willing to request my Supervisor to respond she asked who my Supervisor was. I stated that the Supervisor that would be responding would be Sgt. Matson, Unit 103. Prasad stated that she did not want her assistance and that she did not help her in the past. Prasad was inconsistent with her statements about what actually occurred.

Nelson stated, that Prasad began to verbally accuse herself and Cheek about the fact that they are keeping her from her son. At this time, Prasad picked up a walking cane



# Chesterfield County Police
## Incident Full Report
### Incident Number 201511260092
### Case Status: Exceptionally Cleared

and began to swing it at Nelson and Cheek. Nelson further explained that Prasad hit her over her head with the cane and it broke. Nelson stated that she grabbed her purse and retreated out of residence along with Cheek. Nelson stated that neither herself, nor Cheek touched Prasad at anytime. I did not observe any marks on Nelson's head. Nelson explained that she has never poisoned her daughter's drinking water either.

Cheek stated that Prasad did in fact hit Nelson over her head with a walking cane and that they are not keeping Prasad from her child. Cheek stated that Prasad was out of control over a situation that is out of their control, but yet Prasad feels that it is anyone's fault but her own. I do not believe that Cheek can be assumed to be an independent witness due to the history that she has with Prasad. When asked about Prasad's scratches to her hand, Cheek stated that the scratches must have come from the cane or she did it to herself.

Prasad has a history of mental illness and she has made conflicting statements to PD in the past. I advised all parties to obtain warrants at the Magistrate's office if they wish to pursue the issue. All parties were separated from each other and advised to abstain from any further disputes. Nelson and Cheek advised that they would be staying at Nelson's residence for the night. Sgt. Matson, was made aware of the incident. All parties were given my contact information, the report number, and a PD-20.

-

NFD.

-

-

2. Supplement on 11/30/2015 at 16:47

Ofc Kirby, Unit 654

-

On 11/30/15 I spoke with Carolyn and she informed me she does not wish to obtain warrants for her daughter. She stated she does not want her to get into trouble. Also, she stated she still has not had any contact with her daughter and has blocked her from both of her phone numbers.

-

I attempted to speak with Prasad several times today but she would not pickup the phone.

-

I request this case be cleared inactive. NFD



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201510120170**
**Case Status: Exceptionally Cleared**

Page 1 of 3
12/09/2015
15:01

## Incident Information

Completed   Assault-Simple-With Other Dangerous Weapon

Residential
7601 Belasco Drive  Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

Time of occurrence:   10/12/2015  16:00:00   Monday
                     10/12/2015  16:13:00   Monday
         Answer:   10/12/2015 16:12:45
        Receive:   10/12/2015 16:13:50
       Dispatch:   10/12/2015 16:14:50
         Arrive:   10/12/2015 16:21:20
       Reported:   10/12/2015 18:28:51

Investigations Review Completed   - Last Reviewed on 10/13/2015 07:39:28
Uniform Operations Review Completed   - Last Reviewed on 10/22/2015 09:32:27
Crime Analysts Review Not Complete

## Primary Detectives

1.(251)Jared C Lawson

## Assignments

1.   (251)Lawson, Jared C  - Primary detective
     assigned by (122) Cutshaw, Christopher B on 10/12/2015

## Incident People

1.  VICTIM  /LEAD / OFFENDER  /COMPLAINANT
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    cellular phone:804-481-2207
    Adult   Black   Female
    Age at Time of Incident: 42  ; DOB: 06/27/1973  ; Place of Birth: Richmond City, Virginia  ; SS#
    Contributor number: 089559 ; SID number: VA1276388K  ; FBI number: 364968MB3
    Demographic Descriptions
    1.   unemployed  ; Virginia driver's license # B69828135

2.  VICTIM  /LEAD / OFFENDER
    Viviene Cheek
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23235
    cellular phone:804-291-6281
    Adult   Black   Female
    Age at Time of Incident: 75  ; DOB: 06/17/1940  ; SS#
    Demographic Descriptions
    1.   employed by Retired  ; Virginia driver's license

## Offenses

1.   Completed  Assault-Simple-With Other Dangerous Weapon

     Knowledge Base Questions
     1.   Is this domestic related? (yes/no)    yes

     Type  of  Premises:  Residence/Home
     LEAD:  Sundari Karma Prasad   - confession obtained
     LEAD:  Viviene Cheek   - confession obtained



### Chesterfield County Police
### Incident Full Report
### Incident Number  201510120170
### Case Status: Exceptionally Cleared

VICTIM:  Sundari Karma Prasad
VICTIM:  Viviene  Cheek

## Offenders

1.  Sundari Karma Prasad  ; Black   Female
2.  Viviene  Cheek  ; Black   Female

## Weapons

1.  Blunt Object  ;  walking cane

## Relationships

1.  Viviene  Cheek , other family member of Sundari Karma Prasad

## Personnel

1.  (251)  Jared C Lawson   (Chesterfield)  - Primary officer   - first on scene — 748 1269 —
2.  (331)  Darian J Cotman   (Chesterfield)  - Assisting officer
3.  (122)  Christopher B Cutshaw   (Chesterfield)  - Reviewing supervisor

## Narratives

1.  Initial narrative   on 10/12/2015   at 18:34

Officer Lawson/U251

I responded to 7601 Belasco Dr Apt F in reference to an assault. Upon arrival, I spoke with Viviene Cheek who stated that she and her niece Sundari Prasad had gotten into a fight. I noticed there were several broken pieces of a walking cane sitting in the living room of the apartment. Viviene stated that Sundari is an alcoholic with a history of mental illness. Viviene stated that Sundari was upset because she lost custody of her child recently and now only gets bi-monthly visitation. Viviene claimed that Sundari had drunk heavily that day and the two had gotten into an argument. Neither Viviene nor Sundari could give specifics as to the altercation but Viviene had a bruise on the right side of her forehead. Viviene stated she did not wish to press any charges reference the incident. I then went to the back bedroom and spoke with Sundari.

Sundari also had swelling on her forehead and stated that she had been arguing with her aunt. I asked Sundari a series of questions to determine her mental faculties. She answered my questions correctly and stated she did not wish to hurt herself or others. Both women were calm and collected after I spoke with them, however the situation was aggravated by the arrival of Sundari's mother. Sundari's mother wanted us to call an ambulance to "take her away". Sundari's mother insisted that Sundari was going to kill them, so I explained the process of obtaining a green warrant to her.

I went back into Sundari's room and spoke with her. Each time she was calm and collected but did complain about not feeling well. I observed a large amount of medication in Sundari's room which she stated she was taking as prescribed. I advised Sundari that she could obtain a warrant on her aunt for assault if she so desires. As Ofc Cotman/U331 and I were leaving the scene Viviene and her sister left the apartment as well. nfd



### Chesterfield County Police
### Incident Full Report
### Incident Number 201510120170
### Case Status: Exceptionally Cleared

2.  Supplement    on 10/13/2015   at 12:04

   U. 251,

   I called both Viviene and Sundari reference the case.  Viviene stated she still does
   not wish to obtain warrants.  I left a voicemail with Sundari advising her to contact
   me as to her stance on obtaining warrants on Viviene.

   NFD.

3.  Supplement    on 10/22/2015   at 09:07

   U. 251,

   I have spoken with Sundari reference the case.  She advised me that she does not wish
   to obtain a warrant on Viviene.  I am requesting this case be deemed inactive.

   NFD.

Called several times saying I did to
Lawson & he wont obtain warrants!



**Chesterfield County Police**
**Incident Full Report**
**Incident Number 201511220053**
**Case Status: Unfounded**

Page 1 of 3
12/09/2015
14:59

## Incident Information

Completed   Assault-Simple-Domestic

**Residential**
7601 Belasco Drive  Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

Time of occurrence: **11/19/2015   16:00:00   Thursday**
**11/22/2015   03:00:00   Sunday**
Answer:    11/22/2015 05:53:17
Receive:   11/22/2015 05:54:12
Dispatch:  11/22/2015 05:56:01
Arrive:    11/22/2015 05:59:33
Reported:  11/22/2015 17:31:45

Investigations Review Completed   - Last Reviewed on 11/23/2015 07:38:25
Uniform Operations Review Completed   - Last Reviewed on 11/22/2015 18:46:31
Crime Analysts Review Not Complete

## Incident People

1.  **VICTIM /COMPLAINANT**
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    may be reached at 804-481-2207
    Adult   Black   Female
    Age at Time of Incident: 42  ; DOB: 06/27/1973 ; Place of Birth: Richmond City, Virginia   ; SS#
    Contributor number: 089559  ; SID number: VA1276388K ; FBI number: 364968MB3
    Demographic Descriptions
    1.  unemployed  ; Virginia driver's license # B69828135

2.  **LEAD / OFFENDER**
    Carolyn Diana Nelson
    home address:  12020 Bellaverde Circle  North chesterfield, VA 23235
    cellular phone:804-335-7338
    Adult   Black   Female
    Age at Time of Incident: 72  ; DOB: 09/17/1943  ; SS#
    Demographic Descriptions
    1.  employed by retired  ; Virginia driver's license

3.  **LEAD / OFFENDER**
    Vivian Jones Cheek
    cellular phone:804-379-2976
    Adult   Black   Female
    Age at Time of Incident: 64  ; DOB: 01/01/1951
    Demographic Descriptions
    1.  employed by Unknown  ; Virginia driver's license

## Offenses

1.  Completed   Assault-Simple-Domestic

### Knowledge Base Questions

1.  Were children present at scene? List names & ages.   no
2.  Do victim & suspect have child(ren) in common?   no
3.  Was CPS or APS called? Name of contact.   no
4.  Was suspect cohabitating(now or w/12mos)w/victim?   no
5.  If cohabitating, how long?   n/a



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511220053**
**Case Status: Unfounded**

6.  Is there a domestic violence history?   *no*
7.  Was victim's written statement obtained?   *no*
8.  Are there prior dom assault convictions?# vic,#sus   *no*
9.  Was PD20 given and explained to victim?   *no*
10. Was victim relocated?   *no*
11. If relocated, new address and phone.   *n/a*
12. Was victim transported? Where?   *no*
13. Was victim under influence of alcohol or drugs?   *no*
14. Was suspect under influence of alcohol or drugs?   *no*
15. If protective order denied, list magistrate.   *n/a*
16. Was there a protective order on file?   *no*
17. Was EPO issued?   *no*
18. Was EPO served?   *no*
19. Were injuries photographed? Unit # and # pictures   *no*
20. Was property damage photographed? Unit# and # pict   *no*
21. Does the offender have access to a firearm?   *no*
22. Does the offender have a concealed weapon permit?   *no*
23. Is the suspect reserve/active military?   *no*
24. Child Advocacy Center referral required? (Yes/No)
25. Was Child Advocacy Center referral sent? (Yes/No)
26. Is this a CPS referral? (Yes/No) Referral Number

Type  of  Premises:  Residence/Home
LEAD:  Vivian Jones Cheek   - suspect  identified  by  witness
LEAD:  Carolyn Diana Nelson   - suspect  identified  by  witness
VICTIM:  Sundari Karma Prasad

## Offenders

1.  Vivian Jones Cheek  ; Black  Female
2.  Carolyn Diana Nelson  ; Black  Female

## Weapons

1.  Hands/Feet/Teeth ; hands

2.  Other ; bleach

## Relationships

1.  Carolyn Diana Nelson , mother of Sundari Karma Prasad

## Personnel

1.  (228)  Peter J Hayes   (Chesterfield)   - Primary officer  - first on scene
2.  (274)  Alexander C Coffey   (Chesterfield)   - Assisting officer
3.  (257)  Benjamin R Viola   (Chesterfield)   - Assisting officer

## Narratives

1.  Initial narrative  on 11/22/2015  at 17:46

Hayes U228

On November 22, 2015 I responded to 7601 Belasco Dr Apt F in regards to a Domestic situation. I spoke to Sundari Prasad who related that she believed her mother Carolyn



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511220053**
**Case Status: Unfounded**

Nelson had placed bleach/chlorine in her drink. I asked her why she thought this and Prasad showed me a lab form from October 24 of this year showing what she said were high chloride levels. I asked her if she was basing her allegation off the lab form and Prasad responded, "Yes".

Prasad was slow in giving the details of the alleged poisoning. I asked her when it happened and she said, "Couple days ago". I asked her when and she again said, "A couple days ago". I told Prasad she needed to be more specific and she related Thursday. I asked her when on Thursday and she could not immediately say. Finally Prasad related the incident took place between 1600 and 1700 hours. I asked Prasad how she knew her mother placed the bleach in her drink and she initially would not say. During that brief lull I was able to perform a Google search of High Chloride levels and according to Google "An increased level of blood chloride usually indicates dehydration, but can also occur with other problems that cause high blood sodium, such as Cushing Syndrome or kidney disease". I informed Prasad of this and she quickly stated I saw my mother do it. Prasad went on to relate to me that she saw her mother in the kitchen near bleach bottles and drop some of the bleach in her drink. I asked Prasad if she poisoned you Thursday how does that explain the high chloride levels back in October. Prasad would not answer the question.

Prasad then went on to say that her Aunt Vivian Cheek pushed her during the morning hours of November 22, 2015 at approximately 0300 hours. Prasad related to myself and officer Coffey unit 274 that we missed her because she left right before we arrived. Prasad was not able to give any details regarding the alleged assault.

I contacted Nelson and Cheek regarding this incident. Initially I spoke to Nelson who related that she was not at the residence on November 19 2015 the Thursday that the alleged poisoning took place. I asked Nelson if she knew if her sister Cheek was at Prasad's residence last night and she related no. Nelson related that she and her sister never go to Prasad's residence alone because of past issues they have had with her. Next I spoke to Cheek who related that she was not at the residence last night. Cheek stated to this officer that she is too old to be up at 3 o'clock in the morning. In regards to the incident that allegedly took place November 19 2015 or last Thursday Cheek related that they were not able to make contact with Prasad and left a note for her.

Cheek and Nelson help Prasad with several different matters. Cheek pays for the apartment that Prasad lives in. Both Cheek and Nelson help Prasad with her custody issues and even stay with Prasad and act as the supervision when Prasad is with her child. Prasad is extremely 10-96 and has issues/history with contacting PD over inane issues. Nelson and Cheek's narrative of events is believable where as Prasad's is not. Request this matter be cleared Unfounded. In regards to the possible False Police Report.I was advised by unit 103 to let it be unless this becomes a reoccurring issue for Prasad in which case this will be addressed.

NFD



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201510232032**
**Case Status: Inactive**

Page 1 of 2
12/09/2015
15:01

## Incident Information

**Completed   Property-Lost**

**Residential**
7601 Belasco Drive  Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

Time of occurrence:   10/21/2015   16:00:00   Wednesday
                                  10/23/2015   21:50:00   Friday

Reported:    10/23/2015 21:56:39

Investigations Review Completed   - Last Reviewed on 10/24/2015 13:21:29
Uniform Operations Review Completed   - Last Reviewed on 10/23/2015 23:33:22
Crime Analysts Review Not Complete

## Incident People

1.  VICTIM
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    cellular phone:804-481-2207
    Adult    Black    Female
    Age at Time of Incident: 42  ; DOB: 06/27/1973  ; Place of Birth: Richmond City, Virginia  ;  SS#
    Contributor number: 089559  ; SID number: VA1276388K ; FBI number: 364968MB3
    Demographic Descriptions
    1.   unemployed  ; Virginia driver's license # B69828135

## Offenses

1.   Completed   Property-Lost

    Type  of  Premises:  Other/unknown
    VICTIM:  Sundari Karma Prasad

## Personnel

1.   (609)  Meghan J Gumbs   - Primary officer

## Property

1.   Lost   Articles   - Keys
     Quantity: 3   Value: $ .00
     Associated Offenses:  property-lost
     Owner:  Sundari Karma Prasad
     Keys
     Property Remarks:
       mailbox, vehilce, apartment

2.   Lost    Articles   - Formal identity - Drivers license,passport,visa,ssn card,vote
     Quantity: 1   Value: $ .00
     Associated Offenses:  property-lost
     Owner:  Sundari Karma Prasad
     Documents
     Property Remarks:
       virginia drivers license



**Chesterfield County Police**
**Incident Full Report**
**Incident Number 201510232032**
**Case Status: Inactive**

Page 2 of 2
12/09/2015
15:01

## Property Summary

| Action | Quantity | Value |
|---|---|---|
| Lost: | 4 | $ 0.00 |
| Total | 4 | $ 0.00 |

## Narratives

1. Initial narrative  on 10/23/2015  at 23:02

Unit 609 M J Gumbs

On 10/23/15, SUNDARI PRASAD called into central desk and wanted a police report done because she lost her apartment key, mail box key, vehicle key and her driver's license. She advised that she last saw the keys in the vehicle on 10/21/15 in between 1600 and 1700. She is not sure where or when she lost these items. She advised that she wanted this incident documented because it is just her and her 10 month old in the apartment. It is unknown where or when she lost her keys.

NFD

Mom + aunt Stole my keys when they went me to be trapped in house & not go anywhere. This is abuse!

The keys mysteriously reappeared 2 days later.

Stole keys Again to apt & locked me out in NOVEMBER



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511270037**
**Case Status: Inactive**

Page 1 of 2
12/09/2015
14:59

## Incident Information

**Completed   Miscellaneous-Mental Subject**

**Residential**
7601 Belasco Drive  Apt/Suite: F
Beat / RA / Magisterial: 105 / 013 / Midlothian
Subdivision: Chesterfield village apts
Cross Street: Bannockbarn Dr

| | |
|---|---|
| Time of occurrence: | **11/27/2015   02:53:00   Friday** |
| | **11/27/2015   02:54:00   Friday** |
| Answer: | 11/27/2015 02:52:21 |
| Receive: | 11/27/2015 02:53:40 |
| Dispatch: | 11/27/2015 02:54:24 |
| Arrive: | 11/27/2015 03:00:12 |
| Reported: | 11/27/2015 05:32:24 |

Investigations Review Completed   - Last Reviewed on 11/27/2015 08:32:51
Uniform Operations Review Completed   - Last Reviewed on 11/27/2015 07:09:33
Crime Analysts Review Not Complete

## Incident People

1.  VICTIM
    Sundari Karma Prasad
    home address:  7601 Belasco Drive apt F North chesterfield, VA 23225
    may be reached at 804-481-2207
    Adult   Black   Female
    Age at Time of Incident: 42  ; DOB: 06/27/1973  ; Place of Birth: Richmond City, Virginia  ;  SS#
    Contributor number: 089559  ; SID number: VA1276388K ; FBI number: 364968MB3
    Demographic Descriptions
    1.  line of work: Legal Advisor  ; employed by Third Eye Inc  ; Virginia driver's license

## Offenses

1.   Completed  Miscellaneous-Mental Subject

    Knowledge Base Questions
    1.  Any firearm(s) in the residence? Type?   *unknown*
    2.  Does the subject have access to the firearm(s)?   *unknown*
    3.  Any other weapons of note in the residence?   *unknown*
    4.  Additional officer safety concerns? Explain   *no*

    Type  of  Premises:  Residence/Home
    VICTIM:  Sundari Karma Prasad

## Personnel

1.  (274) Alexander C Coffey   (Chesterfield)  - Primary officer   - first on scene
2.  (321) Daniel B Byrum   (Chesterfield)  - Assisting officer
3.  (245) John W Bowry   (Chesterfield)  - Assisting officer
4.  (651) Codie D Johnson   (Chesterfield)  - Assisting officer

## Narratives

1.  Initial narrative  on 11/27/2015   at 05:34

    Unit 274/Coffey

    On 11/27/15, I responded to 7601 Belasco Drive apartment F at 0253 for a domestic
    investigate. Prior to my arrival, I was advised by dispatch that the complainant



**Chesterfield County Police**
**Incident Full Report**
**Incident Number 201511270037**
**Case Status: Inactive**

Sundari Prasad advised her aunt and mother are still causing problems and she is upset that police have not arrested them from an earlier assault. Also, she advised she had a sip of wine to calm her nerves and thinks her mother does cocaine. Sundari also wanted to be checked by rescue due to earlier injuries and advised she has scratches and they beat her. Sundari lastly advised dispatch that she lost consciousness during the assault. I asked dispatch to check the last time we came to this residence, where I was advised units were out here approximately noon on 11/26/15 and cleared a domestic code one and nine.

I then arrived on scene and advised rescue to enter. I spoke with Sundari, who had a odor of alcohol coming from her person. I asked Sundari if I could step inside her residence, where she stated I could as long as I document. I asked Sundari what was going on, where she stated she was upset because her aunt and mother were not arrested yet. I was aware of the last clearance of the alleged assault, and asked Sundari if she obtained warrants for the last domestic report. Sundari advised she didn't know she could go to the magistrates office and advised she would. Sundari then handed me the paperwork to court paperwork in reference to her child. I advised Sundari I was here to help her on today's incident and wanted rescue to check her out. Sundari was checked out and I was advised she would not need to be transported. I asked Sunadri what she would like for me to do tonight, where she advised she wants them arrested. I advised Sundari that no one else was at her home and I would not be arresting anyone. Sundari then advised to get out of her house because I was no help.

I advised dispatch to have Crisis contact my cell phone due to multiple reports and calls to Sundari's aid. I spoke with Jen Scions and advised the situation with Sundari calling the police alleging assaults between herself and her family. I advised Jen I was merely documenting with Crisis due to her mental stability. Sundari appears to be caring for herself. Her house is clean on the two occurrences I have been to her apartment. There was an ordered Thanksgiving meal on the dinner table. The food was still packaged and did not appear to be opened. But due to the appearance that Sundari was caring for herself, she would not be brought to Crisis for a further interview.

This report is just for documenting purposes. NFD



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511080141**
**Case Status: Inactive**

## Relationships

1. Hamilton  Hendrix , boyfriend/girlfriend of Sundari Karma Prasad

## Personnel

1. (639)  Nicholas C Frazier     (Chesterfield)  - Primary officer   - first on scene
2. (519)  Adam M Moore    (Chesterfield)  - Assisting officer
3. (655)  Stephen M Panepento   (Chesterfield)  - Assisting officer
4. (103)  Debby K Matson    (Chesterfield)  - Assisting officer
5. (117)  Matthew C Mccrory    (Chesterfield)  - Reviewing supervisor
6. (651)  Codie D Johnson

## Narratives

1. Initial narrative  on 11/08/2015   at 18:40

Unit 639 N C Frazier

On 11/08/15 at 15:29 I responded to 7610 Belasco Dr Apt. F for a Domestic call.  Upon arrival into the parking lot I was approached by the complainant's grandmother and mother who advised their daughter was arguing with them over an existing custody issue between her and her son's father.  The complainant was then identified as Sundari Prisad.

As I was speaking with Sundari's family, I then was approached by her son's father, Hamilton Hendrix, his mother, Gloria Dale Sorrell and his aunt, Sharon L. Pauls. They told me that the issue was between Hamilton and Sundari pertaining to the custody of their son, Sheamus Nelson-Prisad (10 months old). According to Hamilton there was a prearranged custody agreement in place stating that Sundari had only a handful of monitored visits per month.  She was supposed to hand over her son at a prearranged time earlier today; however, she was refusing.  Hamilton's mother and aunt advised that they had power of attorney over Hamilton and produced paperwork showing this.  Hamilton was worried for the safety of his son, believing that Sundari's past mental health issues put the child in jeopardy.

I then went and spoke with Sundari inside her apartment where I observed Sheamus in good health.  Sundari advised that she did not want to hand over her son because she had received a threatening text message from Hamilton where he explicitly stated he would kill her and if she did not go along with their custody agreement.  She also advised that she had recently visited the magistrate and obtained a PPO against Hamilton.  Finally, Sundari advised Hamilton was wanted.

I then went back outside and spoke with Hamilton; I ran a wanted check and he did show 10-99 out of Chesterfield; there also was a PPO on file which had not been served.  Dispatch advised the warrant was releasable; Ofc. Moore (Unit 519) then went to Booking to pick up the paper work.  While I was waiting for the paperwork, I stood by inside the apartment per the wishes of Hamilton and his family.  Ofc. Panepento (Unit 655) arrived and stood by outside with Hamilton's family.

CPS was notified and advised of the situation as well as Sgt. Matson (Unit 103). Ofc. Moore then arrived on scene and served the PPO to Hamilton.  I then served the warrant (VA State Code 18.2-427- Threatening Phone Call/Text Message to Family Member).  Myself and Sgt Matson spoke again with Sundari.  Sundari agreed to hand over Sheamus to Hamilton's aunt; for 24hrs, Hamilton could not have contact with his



**Chesterfield County Police**
**Incident Full Report**
**Incident Number  201511080141**
**Case Status: Inactive**

P
1

son.  Both parties agreed to these terms and both were advised of how to handle the
civil situation over the custody dispute.  NFD.

2.  Supplement   on 11/09/2015   at 04:28

Ofc Gordon, Unit 651

On November 9, 2015 at 0323 hours I responded to 7601 Belasco Drive and spoke with Sundari
Prasad. She reported that she made a report (201511080141) to Sgt. Matson U103 on the prior
day about her custody issue with her son and the son's father. She informed me that she would
like to also include that she believes Hendrix may have filed for a credit card with an
unknown company using her son's name and personal information. She is not sure when Hendrix
filed for the credit card and does not have any physical proof of this, but would this
incident documented. NFD

Debby k matson:
She told me, I have 24 hrs to get my child back - after enter
hospital 2x for exhaustion & stress working on this case!

RECEIVED FEB 1 7 2017

35038586069

D 00185334

Lumki —

Pear Clerk   Cleerine &
Ammnia · cetc (poisoning by mom)

2/13/17

Johnston Willis Hospital          Case   CJ15C-179 - Custody
Medical Records                    RE: Records request (again)
1401 Johnston Willis Dr.           Sundari K Prasad  6/27/73
Richmond VA 23235                  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

Greetings!

Hello (again!) Records dept. I NEVER RECEIVED any records that I
requested sine time ago. So lets do this again - but USPS certified mail ·
Signature requested and please mark legal mail This is for case
CJ15C-179 - I am Pro·Se on.

So, all labs (labs) and visits & admissions of Sundari K Prasad
(me) dob 6/27/73 SSN 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 since 3/1/14 · PRESENT.

I was admitted like 3 times around Oct I believe - but I will try to
Subpoena the physicians. I just need general notes (so that which the attendings
were) so I can Subpoena. I couldn't an en compele review on these records -
but I have to Subpoena them anyway to testify - and please let me know
Yours" Custodian of Records address as well, so I can avail them.

Thanks again! Oh I have enclosed an "In-forma" so that fees
may be waived · that you can present to your financial department.

S Prasad #39833               J Henry -
HRICT                         S Prasad
2090 Elmhurst Lane            - Paralegal -
Po box 7009
Portsmouth VA 23701

April 27 9am · Trial
Set dckt jury trial

153082089

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS        PAGE 1
RUN TIME: 0153              1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB         HPF LAB Discharge Summary Report w/o Pathology
```
--------------------------------------------------------------------------------
PATIENT: PRASAD,SUNDARI KARMA        ACCT #: D35039590576 LOC:  D.JGYN     U #: D001853348
                                     AGE/SEX: 41/F        ROOM: D.J274A   REG: 08/06/14
REG DR:  Pearsall,Thomas Ballou      STATUS: DIS INo      BED:  A         DIS: 08/07/14
--------------------------------------------------------------------------------

                              --CHEMISTRY--

--GENERAL CHEMISTRY--

| Day | 2 | 1 | | |
|-----|---|---|-----------|------|
| Date | 07AUG14 | 06AUG14 | Reference | Units |
| Time | 0555 | 1520 | | |
| NA | 139 | 135 | (133-143) | MMOL/L |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| K | 3.9 | 3.3 LO | (3.5-5.1) | MMOL/L |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| CL | 111 HI | 105 | (98-108) | MMOL/L |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| CO2 | 20.0 LO | 21.0 | (21.0-32.0) | MMOL/L |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| ANION GAP | 8.0 | 9.0 | (8-16) | |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| GLUCOSE | 73 | 75 | (70-110) | MG/DL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| BUN | 3 LO | 4 LO | (7-25) | MG/DL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| CREATININE | 0.50 LO | 0.60 | (0.6-1.2) | MG/DL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |
| eGFR-NAA | (A) | (B) | | |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0649 | 1547 | Time | |

```
        (A)  RESULT IS ABOVE 60
             See also (a)
        (B)  RESULT IS ABOVE 60
             See also (a)

NOTES:  (a)  * Result is for non-African American patients.
```

--------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA        Age/Sex: 41/F      Acct#D35039590576 Unit#D001853348
--------------------------------------------------------------------------------

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 2
RUN TIME: 0153                  1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB            HPF LAB Discharge Summary Report w/o Pathology
```

----------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          #D35039590576    (Continued)
----------------------------------------------------------------------------------

                              --CHEMISTRY-- (cont.)

--GENERAL CHEMISTRY-- (cont.)
----------------------------------------------------------------------------------
Day                     2               1
Date                 07AUG14         06AUG14
Time                  0555            1520          Reference    Units
----------------------------------------------------------------------------------
eGFR-AA                 (C)             (D)                      Verified Date
                     08/07/14        08/06/14                             Time
                       0649            1547

        (C)   RESULT IS ABOVE 60
              See also (b)
        (D)   RESULT IS ABOVE 60
              See also (b)

eGFR COMMENT            (E)             (F)                      Verified Date
                     08/07/14        08/06/14                             Time
                       0649            1547

        (E)   eGFR COMMENT
              See also (c)
        (F)   eGFR COMMENT
              See also (c)

TOTAL PROTEIN                          6.4          (6.2-8.3)     GM/DL
                                     08/06/14                    Verified Date
                                       1547                             Time
ALBUMIN                                3.2  LO      (3.4-5.0)     G/DL
                                     08/06/14                    Verified Date
                                       1547                             Time
CA                      8.1  LO        8.7          (8.3-10.0)    MG/DL
                     08/07/14        08/06/14                    Verified Date
                       0649            1547                             Time
TOTAL BILI                             0.3          (0.00-1.0)    MG/DL
                                     08/06/14                    Verified Date
                                       1547                             Time
AST/SGOT                               18           (12-42)      UNITS/L
                                     08/06/14                    Verified Date
                                       1547                             Time
ALT/SPGT                               37           (12-78)      UNITS/L
                                     08/06/14                    Verified Date
                                       1547                             Time

NOTES:  (b)   * Result is for African American patients.
        (c)   The estimated Glomerular Filtration Rate (eGFR) is reported
              in mL/min/1.73 square meters and is calculated using the
              Modification of Diet in Renal Disease (MDRD) equation for
              adult serum creatinine tests.
              Ref:www.Kidney.org/professionals/kls/gfr.cfm
----------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          Age/Sex: 41/F    Acct#D35039590576 Unit#D001853348
----------------------------------------------------------------------------------

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 3
RUN TIME: 0153                1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB            HPF LAB Discharge Summary Report w/o Pathology
-------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          #D35039590576    (Continued)
-------------------------------------------------------------------------------
```

                                    --CHEMISTRY-- (cont.)

```
--GENERAL CHEMISTRY-- (cont.)
------------------------------------------------------------------------------
Day              2              1
Date         07AUG14        06AUG14
Time          0555           1520          Reference    Units
------------------------------------------------------------------------------
ALK PHOS                      76(d)       (45-117)     UNITS/L
                            08/06/14                 Verified Date
                             1547                       Time
LIPASE                        672  HI     (73-393)    UNITS/L
                            08/06/14                 Verified Date
                             1547                       Time
MG           1.7                          (1.5-2.3)    MG/DL
           08/07/14                                  Verified Date
            0649                                        Time
```

                                      --HEMATOLOGY--

```
--COMPLETE BLOOD COUNT--
------------------------------------------------------------------------------
Day              2              1
Date         07AUG14        06AUG14
Time          0555           1520          Reference    Units
------------------------------------------------------------------------------
WBC          5.8            7.1           (4.0-10.5)    K/mcl
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
RBC          3.51  LO      3.79          (3.79-5.03)   MIL/mcl
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
HGB          10.9  LO      11.9          (11.7-15.0)    G/DL
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
HCT          31.9  LO      34.3   LO     (35.0-45.0)     %
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
MCV          90.9          90.3          (81.3-96.2)     FL
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
MCH          31.0          31.3          (26.0-34.0)     PG
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
MCHC         34.2          34.7          (31.0-35.0)    G/DL
           08/07/14       08/06/14                   Verified Date
            0618           1531                         Time
------------------------------------------------------------------------------
NOTES:  (d)  Normal values for pre-pubertal children are four to five
             times normal adult values.
------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          Age/Sex: 41/F     Acct#D35039590576 Unit#D001853348
------------------------------------------------------------------------------
```

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 4
RUN TIME: 0153             1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKOJOB          HPF LAB Discharge Summary Report w/o Pathology
```

-------------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          #D35039590576    (Continued)
-------------------------------------------------------------------------------------

--HEMATOLOGY--  (cont.)

--COMPLETE BLOOD COUNT--  (cont.)
-------------------------------------------------------------------------------------

| Day | 2 | 1 | | |
|-----|-----|-----|-----|-----|
| Date | 07AUG14 | 06AUG14 | Reference | Units |
| Time | 0555 | 1520 | | |
| RDW | 15.1 HI | 14.7 | (11.0-14.7) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| PLT | 199 | 211 | (175-388) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| MPV | 8.3 | 8.0 | (5.9-9.9) | FL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| NEU % | 59.2 | 66.5 | (42.4-76.1) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| LYMPH % | 30.4 | 24.8 | (14.9-44.7) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| MONO % | 7.3 | 6.6 | (4.0-11.2) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| EOS % | 2.6 | 1.4 | (0.0-6.4) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| BASO % | 0.5 | 0.7 | (0.0-1.2) | % |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| NEU # | 3.4 | 4.7 | (1.6-6.9) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| LYM # | 1.8 | 1.8 | (0.3-3.8) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| MONO # | 0.4 | 0.5 | (0.20-0.95) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| EOS # | 0.2 | 0.1 | (0.0-0.4) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |
| BASO # | 0.0 | 0.0 | (0.0-0.2) | K/mcL |
| | 08/07/14 | 08/06/14 | Verified Date | |
| | 0618 | 1531 | | Time |

-------------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          Age/Sex: 41/F    Acct#D35039590576 Unit#D001853348
-------------------------------------------------------------------------------------

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 5
RUN TIME: 0153              1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB         HPF LAB Discharge Summary Report w/o Pathology
-----------------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA           #D35039590576      (Continued)
-----------------------------------------------------------------------------------------

                                      --URINALYSIS--
-----------------------------------------------------------------------------------------
Day                     1
Date                 06AUG14                           Reference     Units
Time                   1611
-----------------------------------------------------------------------------------------
COLOR                STRAW  HI                      (YELLOW)
                     08/06/14                            Verified Date
                       1617                                       Time
APPEAR                 CLEAR                         (CLEAR)
                     08/06/14                            Verified Date
                       1617                                       Time
GLUCOSE              NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
BILIRUBIN            NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
KETONES              NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
SPECIFIC GRAV          1.015                    (1.010-1.025)
                     08/06/14                            Verified Date
                       1617                                       Time
BLOOD                NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
PH                       6                            (5-6)
                     08/06/14                            Verified Date
                       1617                                       Time
PROTEIN              NEGATIVE                        (0-15)
                     08/06/14                            Verified Date
                       1617                                       Time
UROBILNOGEN            0.2                           (0-1)      EU/dL
                     08/06/14                            Verified Date
                       1617                                       Time
NITRITE              NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
LEUK ESTER           NEGATIVE                      (NEGATIVE)
                     08/06/14                            Verified Date
                       1617                                       Time
```

```
-------------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA      Age/Sex: 41/F     Acct#D35039590576 Unit#D001853348
-------------------------------------------------------------------------------------
```

Case 3:18-cv-00307-MHL-RCY   Document 1-1   Filed 05/09/18   Page 37 of 47 PageID# 42

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 6
RUN TIME: 0153              1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB         HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: PRASAD, SUNDARI KARMA         #D35039590576    (Continued)
--------------------------------------------------------------------------------
                                    ---TOXICOLOGY---
--TOXICOLOGY--
--------------------------------------------------------------------------------
Day                   1
Date             06AUG14                           Reference    Units
Time               1520
                                                                G/DL
ALCOHOL BLOOD           (G)                      Verified Date
                    08/06/14                              Time
                      1551

        (G)  NONE DETECTED



                       ---CULTURES AND SENSITIVITIES---
--------------------------------------------------------------------------------
Specimen: 14:CC:B01253055   COMP   Collected: 08/06/14-1611   Received:  08/06/14-1613
                                   Source:    URINE           Sp Descrip: CLN CATCH

   URINE CULTURE (c)  Final 08/08/14

      50,000 COLONIES/ML MIXED SKIN FLORA


NOTES:  (c)  CHIPPENHAM MEDICAL CENTER
             Performed at: CJW Medical Center - Chippenham Laboratory
             7101 Jahnke Rd.  Richmond, VA. 23225        804-323-8820
             Dr. Catherine Pierce
```

```
--------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA        Age/Sex: 41/F    Acct#D35039590576 Unit#D001853348
--------------------------------------------------------------------------------
```

```
RUN DATE: 08/09/14          CJW MEDICAL CENTER - JOHNSTON-WILLIS CAMPUS          PAGE 7
RUN TIME: 0153              1401 Johnston-Willis Drive, Richmond, VA 23235
RUN USER: LABBKGJOB          HPF LAB Discharge Summary Report w/o Pathology
------------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA              #D35039590576    (Continued)
------------------------------------------------------------------------------------
                                  CANCELLED SPECIMENS
0806:CC:C00741S   CAN, Coll: 08/06/14-1513 Read: - (R#13534472) Noreika,Kevin J
     Ordered: ALC
     Comment: ADDED TO C734
```

```
-------------------------------------------------------------------------------
Patient: PRASAD,SUNDARI KARMA          Age/Sex: 41/F      Acct#D35039590576 Unit#D001853348
-------------------------------------------------------------------------------
```

```
Patient: PRASAD,SUNDARI KARMA
Unit#:D001853348
Date: 10/24/15
Acct#:D35044453573
```

**All systems reviewed & negative** except as marked.

## History-Medical/Family/Social
)( **Reviewed nursing notes:** Yes
**Past Medical History:**
Reports: diabetes mellitus, gastritis, psychiatric, PUD, seizures.
**Additional Medical History:**
fibromyalgia, personality disorder, substance abuse, alcoholism, bi-polar,
depression, anxiety, anemia, schizophrenia, palpitations
**Home medications:**
**Reported Medications**
No Known Home Medications

**Discontinued Reported Medications**
PNV/IRON,CB/FA (PRENATABS RX) 1 TAB PO DAILY

**Allergies:**
**Coded Allergies:**
Sulfa (Sulfonamide Antibiotics) (Mild, RASHES, HEADACHES 10/24/15)
lactose (Mild, HEADACHES, RASHES 10/24/15)

**Past Surgical History:**
Reports cholecystectomy, Reports gastric bypass
**Additional Surgical History:**
thyroidectomy, L ankle ORIF, GASTRIC BYPASS
**Past Family History:**
Relation not specified for:
  Family History: Diabetes
  Family History: Heart Disease
  FH: bipolar disorder

**Smoking status 13 years/older:** Never Smoker
**Occupation:**
unemployed

## Phys Exam-Dizziness/Weakness
**Vital Signs**
First Documented:

|          | Result | Date Time   |
|----------|--------|-------------|
| Pulse Ox | 100    | 10/24 1023  |

Page 2 of 7

Patient: PRASAD, SUNDARI KARMA
Unit#:D001853348
Date: 10/24/15
Acct#:D350444S3573

| B/P | 116/76 | 10/24 1023 |
| Temp | 98.4 | 10/24 1023 |
| Pulse | 80 | 10/24 1023 |
| Resp | 16 | 10/24 1023 |

Last Documented:

| | Result | Date Time |
| --- | --- | --- |
| Pulse Ox | 100 | 10/24 1341 |
| B/P | 102/54 | 10/24 1341 |
| Pulse | 78 | 10/24 1341 |
| Resp | 14 | 10/24 1341 |
| Temp | 98.4 | 10/24 1023 |

**Initial VS reviewed:** yes
**General:** alert, oriented X 3, no acute distress, cooperative
**Respiratory/Chest:** atraumatic, no distress, normal breath sounds
**Cardiovascular:** regular rate and rhythm, normal heart sounds
**Abdomen:** non-tender, soft, no guarding/rebound, normal bowel sounds
**Skin:** warm, dry, intact
**Neurologic:** alert, oriented X 3, CN II-XII intact, normal speech, no motor deficits, normal gait
**Psychiatric:** anxious

**Results/Interpretations**
**Results:**
Laboratory Tests

**10/24/15 1032:**

13 \ 140 / (110H) \ 98
12.2 / 179 \ 6.4
   37.6
3.8 | 24.0 | 0.62

**Laboratory Tests:**

| | 10/24 | 10/24 |
| --- | --- | --- |
| | 1250 | 1032 |
| Chemistry | | |
| Sodium (133 - 143 MMOL/L) | 140 | |
| Potassium (3.5 - 5.1 MMOL/L) | 3.8 | |

Page 3 of 7

```

blah

```
Patient: PRASAD,SUNDARI KARMA
Unit#:D001853348
Date: 10/24/15
Acct#:D35044453573
```

| | |
|---|---|
| Urine Protein (NEGATIVE) | NEGATIVE |
| Urine Glucose (UA) (NEGATIVE) | NORMAL |
| Urine Ketones (NEGATIVE) | NEGATIVE |
| Urine Blood (NEGATIVE) | NEGATIVE |
| Urine Nitrite (NEGATIVE) | NEGATIVE |
| Urine Bilirubin (NEGATIVE) | NEGATIVE |
| Urine Urobilinogen (0 - 1 mg/dL) | NORMAL |
| Ur Leukocyte Esterase (NEGATIVE) | NEGATIVE |

**EKG Interpretation:**
    **Documented in Muse:** yes
    **Time:** 1100
    **Interpreted by:** ED Physician, ED Physician Assistant
    **Rate (bpm):** 78
    **ECG Interpretation:** normal sinus rhythm, no acute ischemic changes

## MDM-Dizziness/Weakness

**ED Course**
**Medication(s) Ordered:**
Medication(s) Ordered:
**Electrolytic, Caloric, And Wat**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | PRESSURE BAG (ED) .. IV | 10/24 1335 10/24 1434 | DC | 10/24 1339 |

**Re-Evaluation/Progress**
    **Additional notes:**
pt given 1L IVF in ER. Pt to fu with pcp. Return precautions given.

## Disposition-Dizziness/Weakness
**Clinical Impression:**
**Primary Impression:** Generalized weakness
**Secondary Impressions:** Dehydration
)( **Disposition:**
    **Discharged to home:** Yes
**Disposition time:** 1418
**Disposition date:** 10/24/15

```
Patient: PRASAD,SUNDARI KARMA
Unit#:D001853348
Date: 10/24/15
Acct#:D35044453573
```

**Vital signs:**
First Documented:

|         | Result | Date Time   |
|---------|--------|-------------|
| Pulse Ox | 100   | 10/24 1023 |
| B/P     | 116/76 | 10/24 1023 |
| Temp    | 98.4   | 10/24 1023 |
| Pulse   | 80     | 10/24 1023 |
| Resp    | 16     | 10/24 1023 |

Last Documented:

|         | Result | Date Time   |
|---------|--------|-------------|
| Pulse Ox | 100   | 10/24 1341 |
| B/P     | 102/54 | 10/24 1341 |
| Pulse   | 78     | 10/24 1341 |
| Resp    | 14     | 10/24 1341 |
| Temp    | 98.4   | 10/24 1023 |

)( **All prior VS reviewed:** Yes
**Condition:** Stable
**Prescriptions Given:**
zofran
**Counseled patient/family re:** diagnosis, lab results, need for follow up, when to return to ER

## Blum,Darrielle V. 10/24/15 2021:
## HPI-Dizziness/Weakness

**HPI**
**Date/Time Seen by Provider** 10/24/15 1027

## Phys Exam-Dizziness/Weakness
**Vital Signs**

## Results/Interpretations
**Results:**

## MDM-Dizziness/Weakness

Page 6 of 7

Patient: PRASAD,SUNDARI KARMA
Unit#:D001853348
Date: 10/24/15
Acct#:D35044453573

## ED Course
**Medication(s) Ordered:**

## Disposition-Dizziness/Weakness
Vital signs:

**Supervising Physician Note:**
The PA/NP's chart was reviewed.   I agree with the assessment and care plan, and confirm the diagnosis(es).

Electronically Signed by Marcum,Stephanie R.  PA on 10/24/15 at 1524
Electronically Signed by Blum,Darrielle V  MD on 10/24/15 at 2022

RPT #: 1024-0540
***END OF REPORT***

Page 7 of 7

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
COMMONWEALTH OF VIRGINIA

Case No. ...........

Chesterfield ............ *Juvenile and Domestic Relations District Court*

HEARING DATE AND TIME ...........

This motion is filed in connection with Case No. ... JJ086189

Party Making this Request:
Sundari K Prasad

v. / In re

Party to be Served:
Hamilton Lee Hendrix

Sundari K. Prasad
NAME

Hamilton Lee Hendrix
NAME

Non-disclosure addendum-
ADDRESS/LOCATION

1414 Woodcrest
ADDRESS/LOCATION

PO Box 7609
Portsmouth VA 23707

Newport News VA

TELEPHONE NUMBER

757-727-3262
TELEPHONE NUMBER

The undersigned respectfully represents to the Court that the respondent should,

| | COMPLETE DATA BELOW IF KNOWN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | 6 | 22 | 77 | 5 | 7 | 030 | Gr | RD/br |
| SSN | | | | | | | | | |

[X] pursuant to Va. Code § 19.2-306, serve the sentence previously

suspended on ........... DATE ........... for conviction

because Assault & battery

of Assault & battery - 5 years
of Prasad /self online & rejected

failure to keep the

[X] have his or her recognizance revoked or modified because of the following violation of conditions of release: peace & he of good behavior & new violations

[X] be imprisoned, fined or otherwise punished or dealt with according to law

[X] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [ ] this Court [X] Chesterfield ordering protecure order-all info of Prasad kept confidential (social media, other, etc) devel such act of the respondent being described as maliciously

on constant DATE

[ ] pursuant to Va. Code [ ] §§ 18.2-456/16.1-69.24 [ ] § 19.2-358 [ ] § 19.2-305.2 (restitution), for failure to pay fines, costs,

forfeitures, restitution and/or penalties or an installment thereof; payment due: $ ........... on ........... DATE

[ ] pursuant to Va. Code § 16.1-278.16 for failure to provide support as ordered on ........... per

$ ...........
DATE

with $ ........... arrearage as of ........... DATE

[X] pursuant to Va. Code § 16.1-292(A)(i) for failure to obey a child custody or visitation order of [ ] this Court [X] Chesterfield such act of the respondent being described as

ordering not to violate custody order- harm child /mother on 12/16/15 & constant DATE
malicious - talking to media & slander/invasion of privacy
& failure to update address/ court for 2 years due to harass.

[ ] pursuant to § 19.2-303.3, have his or her local community-based probation revoked or modified because ...........

[X] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: when he is released from

serving sentence- that he do drug court / drug testing

because he is a very bad addict & sells & uses drugs

[X] pursuant to [ ] § 4.1-305 [ ] § 18.2-57.3 [ ] § 18.2-251 [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to

the proceedings as provided by law because Dui- he self is a drug user as I have witnessed
him both use & sell pot & cocaine & abuse alcohol

[X] (Other – Explain) I have asked that custody he handed to a
non-disclosed person until that date for safety of sun due to drug
involved.

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion.

9/14/17
DATE

Ravilegal/mom

SIGNATURE

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
COMMONWEALTH OF VIRGINIA

Case No. ...........................

.................................................. HEARING DATE AND TIME

Juvenile and Domestic Relations District Court

This motion is filed in connection with Case No. .................................. v. / In re ....................

Party to be Served:

Party Making this Request:

*Sandra K Amaral*
NAME
*- SEAL -*
ADDRESS/LOCATION

NAME: *Gloria Dale L. Sowell*
*James D. Sowell*
ADDRESS/LOCATION
*27A Towler Drive Hampton VA*

TELEPHONE NUMBER

TELEPHONE NUMBER

| | | COMPLETE DATA BELOW IF KNOWN | | | | | |
|---|---|---|---|---|---|---|---|
| RACE | SEX | BORN | | HT. | | WGT. | EYES | HAIR |
| W | F | MO *3* | DAY *31* | YR *49* | FT. *5* | IN. *7* | *180* | *BRO* |
| SSN | | | | | | | | |

The undersigned respectfully represents to the Court that the respondent should,

[ ] pursuant to Va. Code § 19.2-306, serve the sentence previously

suspended on ........................... DATE ........................... for conviction

of ...................................................................................... because ...............................

............................................................................................................................

[ ] have his or her recognizance revoked or modified because of the following violation of conditions of release: ................

✓ be imprisoned, fined or otherwise punished or dealt with according to law

[✓] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [✓] this Court [ ] *Hampton* ........................... ordering *family or household members* *no contact of any kind w/ family or household members* on *Constant* DATE

such act of the respondent being described as *Contact w/ son - RSA* [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs,

[ ] pursuant to Va. Code [ ] §§ 18.2-456/16.1-69.24 [ ] § 19.2-358 [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs, ........................... on ........................... DATE

forfeitures, restitution and/or penalties or an installment thereof, payment due: $ ...........................

[ ] pursuant to Va. Code § 16.1-278.16 for failure to provide support as ordered on ........................... per ...........................

........................... DATE ........................... $ ........................... arrearage as of ........................... DATE ...........................

with $ ...........................

[ ] pursuant to Va. Code § 16.1-292(A)(i) for failure to obey a child custody or visitation order of [ ] this Court [ ] ..........................., such act of the respondent being described as

ordering ........................... on ........................... DATE

[ ] pursuant to § 19.2-303.3, have his or her local community-based probation revoked or modified because ...........................

[ ] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: ...........................

because ............................................................................................................................

[ ] pursuant to [ ] § 4.1-305 [ ] § 18.2-57.3 [ ] § 18.2-251 [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to

the proceedings as provided by law because ...........................

[X] (Other - Explain) *not updating court order w/ RSA of son so that he could be inducted due to visitation/ custody issues*

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion

........................... ........................... SIGNATURE

DATE ........................... TITLE ...........................

FORM DC-602 REVISED 10-15

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
COMMONWEALTH OF VIRGINIA

Case No. .................................

HEARING DATE AND TIME   ~~Juvenile and Domestic Relations District Court~~   CIRCUIT COURT

Hampton

This motion is filed in connection with Case No.  GV16016312-00

Party Making this Request:
Sundari K Prasad                    v. / In re

NAME
Sundari K Prasad

ADDRESS/LOCATION
SEALED

TELEPHONE NUMBER

Party to be Served:
NAME
Shawn L. Pauls

ADDRESS/LOCATION
John Atwood Pauls
22 Czech St Hampton VA
757 897 9977

TELEPHONE NUMBER

| | RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | YR | DAY | YR | FT | IN | | | |
| | W | F | 4 | 2150 | | 6 | 2 | 180 | | BRO |

SSN

The undersigned respectfully represents to the Court that the respondent should,

[ ] pursuant to Va. Code § 19.2-306, serve the sentence previously

suspended on ............................................ for conviction
                         DATE

of ............................................................. because ..............................

[ ] have his or her recognizance revoked or modified because of the following violation of conditions of release:
..............................................................................................................

[✓] be imprisoned, fined or otherwise punished or dealt with according to law
[✓] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [✓] this Court [ ] ....................... ordering no contact of any kind w/ family or household members (ASA and Son)
such act of the respondent being described as violating visitation & malicious ...................... on Constant
DATE

[ ] pursuant to Va. Code [✓] §§ 18.2-456/16.1-69.24 [ ] § 19.2-358 [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs,

forfeitures, restitution and/or penalties or an installment thereof; payment due: $ ............................ on ..............
DATE

[ ] pursuant to Va. Code § 16.1-278.16 for failure to provide support as ordered on
.................................. $ ................................ per .................................
DATE

with $ ....................... arrearage as of ............................
DATE

[ ] pursuant to Va. Code § 16.1-292(A)(i) for failure to obey a child custody or visitation order of [ ] this Court [ ] ......................, such act of the respondent being described as

ordering ..................................................... on .........................
DATE

[ ] pursuant to § 19.2-303.3, have his or her local community-based probation revoked or modified because .......................

[ ] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: ..............................

because ..............................................................................................................

[ ] pursuant to [ ] § 4.1-305 [ ] § 18.2-57.3 [ ] § 18.2-251 [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to

the proceedings as provided by law because ..............................................................

[✓] (Other - Explain) not updating court order w/ ASA of Son so that he could be included due to visitation / custody issues

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion.

DATE                    TITLE                    SIGNATURE